Nicholas Jurkowitz (State Bar No.: 261283)
Anne Schneider (State Bar No.: 333408)
**FENTON LAW GROUP, LLP**
1990 S. Bundy Drive, Suite 777
Los Angeles, CA 90025
Telephone: (310) 444-5244
Facsimile: (310) 444-5280

Attorneys for Defendants TNT CONSULTING GROUP and TIM SHIRATA

# IN UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRYSTAL DIAGNOSITIC LABS, LLC., a Wyoming Limited Liability Company,<br><br>　　　　　　　Plaintiff,<br>　vs.<br><br>TNT CONSULTING GROUP, LLC, a Wyoming Limited Liability Company; and TIM SHIRATA, an individual,<br><br>　　　　　　　Defendants. | CASE NO.: 2:22-cv-03468-MWF-JEM<br><br>**ANSWER** |

Defendants TNT Consulting Group, LLC and Tim Shirata (collectively "Defendants") hereby answer the Complaint of Plaintiff Crystal Diagnostic Labs, LLC ("Plaintiff"). Defendants generally deny each and every allegation except those hereinafter specifically admitted. To facilitate this Court's review of Defendants' Answer, it has included the headings set forth in Plaintiffs' Complaint. To the extent these headings include factual allegations, Defendants expressly deny each and every allegation. Defendants answer the numbered paragraphs of the Complaint as follows:

## **PARTIES**

1.　　Defendants admit the allegations in Paragraph 1.

2.　　Defendants admit the allegations in Paragraph 2.

3.　　Defendants admits that he resides in California, but denies that he conducts business in Utah.

## JURISDICTION AND VENUE

4. The allegation in Paragraph 4 states legal conclusions to which no response is required. To the extent a response is required, Defendants deny allegations, and refer to the referenced statutory provisions, which speak for themselves.

5. The allegation in Paragraph 5 states legal conclusions to which no response is required. To the extent a response is required, Defendants deny allegations, and refer to the referenced statutory provisions, which speak for themselves.

6. The allegation in Paragraph 6 states legal conclusions to which no response is required. To the extent a response is required, Defendants deny allegations, and refer to the referenced statutory provisions, which speak for themselves.

## GENERAL ALLEGATIONS

7. Defendants admit the allegations in Paragraph 7.

8. The allegation in Paragraph 8 states legal conclusions to which no response is required. To the extent a response is required, Defendants deny allegations, and refer to the referenced statutory provisions, which speak for themselves.

9. Defendants are without sufficient information to admit or deny the allegations in Paragraph 9, and on this basis, deny the allegations in Paragraph 9.

10. Paragraph 10 contains no allegations with respect to Defendants or any claim, and therefore no responses is required.

11. Defendants deny the allegations in Paragraph 11.

12. Defendants deny the allegations in Paragraph 12.

13. Defendants deny the allegations in Paragraph 13.

14. Defendants deny the allegations in Paragraph 14.

15. Defendants deny the allegations in Paragraph 15.

16. Defendants deny the allegations in Paragraph 16.

# FIRST CAUSE OF ACTION

## (Breach of Contract)

17. Paragraph 17 contains no allegations with respect to Defendants or any claim, and therefore no responses is required.

18. The allegation in Paragraph 18 states legal conclusions to which no response is required. To the extent a response is required, Defendants deny allegations, and refer to the referenced statutory provisions, which speak for themselves.

19. Defendants deny the allegations in Paragraph 19.

20. Defendants deny the allegations in Paragraph 20.

21. The allegations in Paragraph 21 are an argument and conclusions of law, they require no response. To the extent that this paragraph alleges facts, Defendants deny said allegations.

22. The allegations in Paragraph 22 are an argument and conclusions of law, they require no response. To the extent that this paragraph alleges facts, Defendants deny said allegations.

23. The allegations in Paragraph 23 are an argument and conclusions of law, they require no response. To the extent that this paragraph alleges facts, Defendants deny said allegations.

# SECOND CAUSE OF ACTION

## (Breach of Implied Covenant)

24. Paragraph 24 contains no allegations with respect to Defendants or any claim, and therefore no responses is required.

25. The allegations in Paragraph 25 are an argument and conclusions of law, they require no response. To the extent that this paragraph alleges facts, Defendants deny said allegations.

26. Defendants deny the allegations in Paragraph 26.

27. The allegations in Paragraph 27 are an argument and conclusions of law, they require no response. To the extent that this paragraph alleges facts, Defendants deny said allegations.

28. The allegations in Paragraph 28 are an argument and conclusions of law, they require

no response. To the extent that this paragraph alleges facts, Defendants deny said allegations.

## THIRD CAUSE OF ACTION

### (Intentional Interference with Existing Economic Relationships)

29. Paragraph 29 contains no allegations with respect to Defendants or any claim, and therefore no response is required.

30. Defendants deny the allegations in Paragraph 30.

31. Defendants deny the allegations in Paragraph 31.

32. Defendants deny the allegations in Paragraph 32.

33. Defendants deny the allegations in Paragraph 33.

34. The allegations in Paragraph 34 are an argument and conclusions of law, they require no response. To the extent that this paragraph alleges facts, Defendants deny said allegations.

35. The allegations in Paragraph 35 are an argument and conclusions of law, they require no response. To the extent that this paragraph alleges facts, Defendants deny said allegations.

36. The allegations in Paragraph 36 are an argument and conclusions of law, they require no response. To the extent that this paragraph alleges facts, Defendants deny said allegations.

## FOURTH CAUSE OF ACTION

### (Misappropriation of Trade Secrets Under the Defend Trade Secrets Act)

37. Paragraph 37 contains no allegations with respect to Defendants or any claim, and therefore no response is required.

38. The allegations in Paragraph 38 are an argument and conclusions of law, they require no response. To the extent that this paragraph alleges facts, Defendants deny said allegations.

39. The allegations in Paragraph 39 are an argument and conclusions of law, they require no response. To the extent that this paragraph alleges facts, Defendants deny said allegations.

40. The allegations in Paragraph 40 are an argument and conclusions of law, they require no response. To the extent that this paragraph alleges facts, Defendants deny said allegations.

41. Defendants deny the allegations in Paragraph 41.

42. The allegations in Paragraph 42 are an argument and conclusions of law, they require no response. To the extent that this paragraph alleges facts, Defendants deny said allegations.

43. The allegations in Paragraph 43 are an argument and conclusions of law, they require no response. To the extent that this paragraph alleges facts, Defendants deny said allegations.

44. The allegations in Paragraph 44 are an argument and conclusions of law, they require no response. To the extent that this paragraph alleges facts, Defendants deny said allegations.

## FIFTH CAUSE OF ACTION

### (Misappropriation of Trade Secrets Under the Utah Trade Secrets Act)

45. Paragraph 45 contains no allegations with respect to Defendants or any claim, and therefore no response is required.

46. The allegations in Paragraph 46 are an argument and conclusions of law, they require no response. To the extent that this paragraph alleges facts, Defendants deny said allegations.

47. The allegations in Paragraph 47 are an argument and conclusions of law, they require no response. To the extent that this paragraph alleges facts, Defendants deny said allegations.

48. Defendants deny the allegations in Paragraph 48.

49. The allegations in Paragraph 49 are an argument and conclusions of law, they require no response. To the extent that this paragraph alleges facts, Defendants deny said allegations.

50. The allegations in Paragraph 50 are an argument and conclusions of law, they require no response. To the extent that this paragraph alleges facts, Defendants deny said allegations.

51. The allegations in Paragraph 51 are an argument and conclusions of law, they require no response. To the extent that this paragraph alleges facts, Defendants deny said allegations.

## SIXTH CAUSE OF ACTION

### (Unjust Enrichment)

52. Paragraph 52 contains no allegations with respect to Defendants or any claim, and

therefore no response is required.

53. The allegations in Paragraph 53 are an argument and conclusions of law, they require no response. To the extent that this paragraph alleges facts, Defendants deny said allegations.

54. The allegations in Paragraph 54 are an argument and conclusions of law, they require no response. To the extent that this paragraph alleges facts, Defendants deny said allegations.

55. The allegations in Paragraph 55 are an argument and conclusions of law, they require no response. To the extent that this paragraph alleges facts, Defendants deny said allegations.

## JURY DEMAND

56. The allegations in Paragraph 56 are an argument and conclusions of law, they require no response. To the extent that this paragraph alleges facts, Defendants deny said allegations.

## PRAYER FOR RELIEF

57. Defendants deny each and every allegation made in Paragraph 1 of the Prayer for Relief.

58. Defendants deny each and every allegation made in Paragraph 2 of the Prayer for Relief.

59. Defendants deny each and every allegation made in Paragraph 3 of the Prayer for Relief.

60. Defendants deny each and every allegation made in Paragraph 4 of the Prayer for Relief.

61. Defendants deny each and every allegation made in Paragraph 5 of the Prayer for Relief.

62. Defendants deny each and every allegation made in Paragraph 6 of the Prayer for Relief.

63. Defendants deny each and every allegation made in Paragraph 7 of the Prayer for Relief.

DATED: June 2, 2022

FENTON LAW GROUP, LLP

By /s/ Nicholas Jurkowitz
NICHOLAS JURKOWITZ
ANNE SCHNEIDER
Attorneys for Defendants TNT CONSULTING GROUP, and TIM SHIRATA

# PROOF OF SERVICE

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of 18 and not a party to the within action. My business address is 1990 South Bundy Drive, Suite 777, Los Angeles, CA 90025.

On June 2, 2022, I served on the interested parties the document(s) described as **ANSWER** by transmitting a true and correct copy thereof as follows:

| | |
|---|---|
| Jared D. Scott<br>Samantha Hawe<br>ANDERSON & KARRENBERG<br>50 West Broadway, Suite 600<br>Salt Lake City, Utah 84101<br><br>jscott@akalawfirm.com<br>shawe@akalawfirm.com | Attorneys for Plaintiff<br>Crystal Diagnostic Labs, LLC |

**X**  **VIA ELECTRONIC TRANSMISSION:**
I caused the document(s) to be sent to the person(s) at the email addresses listed in the above Service List. I did not receive, within a reasonable time after the transmission, any electronic notification or other indication that the transmission was unsuccessful.

**X**  **VIA U.S. MAIL:**
I caused such sealed envelope(s) to be deposited in the mail at Los Angeles, California with postage thereon fully prepaid. I am readily familiar with this firm's practice of collecting and processing correspondence for mailing. It is deposited with the U.S. Postal Service the same day in the ordinary course of business.

**X**  (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Nancy Natelsky