Nicholas Jurkowitz (State Bar No.: 261283)
Anne Schneider (State Bar No.: 333408)
**FENTON LAW GROUP, LLP**
1990 S. Bundy Drive, Suite 777
Los Angeles, CA 90025
Telephone: (310) 444-5244
Facsimile: (310) 444-5280

Attorneys for Defendants and Counter-Claim Plaintiffs TNT CONSULTING GROUP and TIM SHIRATA

# IN UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRYSTAL DIAGNOSITIC LABS, LLC., a Wyoming Limited Liability Company,<br><br>Plaintiff,<br>vs.<br><br>TNT CONSULTING GROUP, LLC, a Wyoming Limited Liability Company; and TIM SHIRATA, an individual,<br><br>Defendants.<br><br>TNT CONSULTING GROUP, LLC, a Wyoming Limited Liability Company; and TIM SHIRATA, an individual,<br><br>Counterclaim Plaintiffs,<br>vs.<br><br>CRYSTAL DIAGNOSITIC LABS, LLC., a Wyoming Limited Liability Company,<br><br>Counterclaim Defendant. | CASE NO.: 2:22-cv-03468-MWF-JEM<br><br>**COUNTERCLAIM** |

Defendants TNT Consulting Group, LLC and Tim Shirata (collectively "Defendants" or "Counterclaim Plaintiffs") hereby counterclaim against Plaintiff Crystal Diagnostic Labs, LLC ("Crystal" "Plaintiff" or "Counterclaim Defendant") and in support of the same allege as follows:

## THE PARTIES

1. Plaintiff Crystal is a Wyoming limited liability company with its principal place of business in Utah.

2. Defendant TNT is a Wyoming limited liability company with its principal place of business in California.

3. Defendant Tim Shirata, M.D. ("Dr. Shirata") is an individual resident of California.

## GENERAL BACKGROUND

4. In early 2021, Plaintiff and Defendants entered into a consulting agreement ("the Agreement").

5. Plaintiff breached the Agreement by failing to pay any and all monetary amounts that are due and owed to Defendants under the Agreement.

6. No amounts have been paid to Defendants as of the date of this counterclaim.

## FIRST CAUSE OF ACTION

### (Breach of Contract)

7. Defendants repeat, reallege, and reincorporate herein by reference each and every allegation contained in paragraphs 1 through 6, inclusive, as though set forth in full herein.

8. Defendants performed their obligations under the Agreement.

9. Plaintiff has breached the valid and enforceable Agreement entered into with Defendants in early 2021 by failing to pay any and all amounts due and owed to them under that agreement.

10. Plaintiff's breach has caused Defendant injury.

## PRAYER FOR RELIEF

WHEREFORE Defendants pray for relief as follows:

1. For compensatory damages and injunctive relief;

2. For punitive damges;

3. For reimbursement of all attorney's fees;

4. For the legal rate of interest from the date of damages accrued;

5. For the costs of this action;

6. For such other and further relief as this Court deems just and proper.

DATED: June 2, 2022

FENTON LAW GROUP, LLP

By /s/ _____
NICHOLAS JURKOWITZ
ANNE SCHNEIDER
Attorneys for Defendants and Counter-Claim Plaintiffs
TNT CONSULTING GROUP, and TIM SHIRATA

# PROOF OF SERVICE

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of 18 and not a party to the within action. My business address is 1990 South Bundy Drive, Suite 777, Los Angeles, CA 90025.

On June 2, 2022, I served on the interested parties the document(s) described as **COUNTERCLAIM** by transmitting a true and correct copy thereof as follows:

| | |
|---|---|
| Jared D. Scott<br>Samantha Hawe<br>ANDERSON & KARRENBERG<br>50 West Broadway, Suite 600<br>Salt Lake City, Utah 84101<br><br>jscott@akalawfirm.com<br>shawe@akalawfirm.com | Attorneys for Plaintiff<br>Crystal Diagnostic Labs, LLC |

**X**    **VIA ELECTRONIC TRANSMISSION:**
I caused the document(s) to be sent to the person(s) at the email addresses listed in the above Service List. I did not receive, within a reasonable time after the transmission, any electronic notification or other indication that the transmission was unsuccessful.

**X**    **VIA U.S. MAIL:**
I caused such sealed envelope(s) to be deposited in the mail at Los Angeles, California with postage thereon fully prepaid. I am readily familiar with this firm's practice of collecting and processing correspondence for mailing. It is deposited with the U.S. Postal Service the same day in the ordinary course of business.

X    (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Nancy Natelsky

-1-

PROOF OF SERVICE