Samuel G. Brooks, Bar No. 272107
CALL & JENSEN
A Professional Corporation
610 Newport Center Drive, Suite 700
Newport Beach, CA  92660
Tel:   (949) 717-3000
Fax:   (949) 717-3100
SBrooks@Calljensen.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRYSTAL DIAGNOSTIC LABS, LLC, A Wyoming limited liability company,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>TNT CONSULTING GROUP, LLC, a Wyoming limited liability company; and TIM SHIRATA, an individual,<br><br>　　　　Defendants. | Case No.  2:22-cv-03468-MWF-JEM<br><br>**ANSWER TO COUNTERCLAIM** |
| TNT CONSULTING GROUP, LLC, a Wyoming Limited Liability Company; and TIM SHIRATA, an individual,<br><br>　　　　Counterclaimant<br><br>　　vs.<br><br>CRYSTAL DIAGNOSTIC LABS, LLC, a Wyoming Limited Liability Company,<br><br>　　　　Counterdefendant. | Complaint Filed:  February 28, 2022<br>Trial Date:        None Set |

Plaintiff Crystal Diagnostic Labs, LLC ("Crystal" or "Plaintiff") hereby answers the Counterclaims ("Counterclaims") filed by Defendants TNT Consulting Group, LLC, and Tim Shirata ("Defendants") as follows:

### ANSWER TO ALLEGATIONS RE: THE PARTIES

1. Plaintiff admits the allegations in this paragraph.
2. Plaintiff admits the allegations in this paragraph.
3. Plaintiff admits Defendant Tim Shirata is an individual resident of California. Plaintiff denies the allegation that Tim Shirata is a Doctor of Medicine.

### ANSWER TO ALLEGATIONS RE: GENERAL BACKGROUND

4. Plaintiff admits the allegations in this paragraph.
5. Plaintiff denies the allegations in this paragraph.
6. Plaintiff denies the allegations in this paragraph.

### ANSWER TO ALLEGATIONS RE: FIRST CAUSE OF ACTION

7. Plaintiff repeats and incorporates herein its responses to the allegations in paragraphs 1 through 6 to the same extent as the Counterclaim repeats, realleges, and incorporates by reference the allegations in those paragraphs.
8. Plaintiff denies the allegations in this paragraph.
9. Plaintiff denies the allegations in this paragraph.
10. Plaintiff denies the allegations in this paragraph.

### AFFIRMATIVE DEFENSES

Plaintiff asserts the following affirmative defenses to Defendant's counterclaim for breach of contract. These defenses are alleged based on the facts currently known to Plaintiff. Plaintiff reserves the right to amend this answer to allege additional defenses should investigation and discovery reveal facts supporting such additional defenses.



## FIRST SEPARATE DEFENSE

### (Performance Excused)

Plaintiff's obligations under the contract were excused by Defendants' prior breach.

## PRAYER FOR RELIEF

Wherefore, Plaintiff prays for relief as a follows:

1. That judgment be entered for Plaintiff and against Defendants, and that Defendants take nothing by their Counterclaim;
2. For costs and attorney's fees as permitted by law and/or contract; and
3. For such other relief as the Court deems just and proper.

Dated: June 23, 2022

CALL & JENSEN
A Professional Corporation
Samuel G. Brooks

By: */s/ Samuel G. Brooks*
Samuel G. Brooks

Attorneys for Plaintiff