UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  **CV 22-3468-MWF(SKx)**                                      Date:  January 16, 2024

Title       **Crystal Diagnostic Labs v. TNT Consulting Group, et al.**

Present: The Honorable:     MICHAEL W. FITZGERALD, United States District Judge

| Rita Sanchez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:  (IN CHAMBERS) ORDER VACATING FINAL PRETRIAL CONFERENCE AND TRIAL DATES; ORDER TO SHOW CAUSE**

A review of the docket in this action reflects that on March 29, 2023, pursuant to the parties' Stipulation (Docket No. 40), the Court continued the pretrial and trial dates in this matter.  ("Order," Docket No. 41).  Pursuant to that Order, the Rule 16 filings were due on December 26, 2023 and January 2, 2024; the Final Pretrial Conference/Hearing on Motions in Limine was set on January 22, 2024, at 11:00 a.m.; and the Jury Trial was set on February 6, 2024, at 8:30 a.m.

On January 11, 2024, the Court emailed all counsel, noting that the Rule 16 documents had not been filed and requesting the status in this matter.  The Court has not received a response to its email.

The Court now **VACATES** the Final Pretrial Conference on January 22, 2024, and the Jury Trial on February 6, 2024.  The Court **ORDERS** Plaintiff to show cause why this action should not be dismissed for lack of prosecution.  In response to this Order to Show Cause, the Court will accept a **Joint Status Report** regarding the status in this action by no later than **JANUARY 30, 2024**.  The Joint Status Report must include the parties' proposed new dates for the Rule 16 deadlines, Final Pretrial Conference/Hearing on Motions in Limine, and Trial dates.  If the defense does not cooperate in the preparation and filing of a Joint

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | |
|---|---|---|
| Case No. | **CV 22-3468-MWF(SKx)** | Date:  January 16, 2024 |
| Title | **Crystal Diagnostic Labs v. TNT Consulting Group, et al.** | |

Status Report, then Plaintiff should file its own response indicating why the Rule 16 documents were not filed.

No oral argument on this matter will be heard unless otherwise ordered by the Court.  *See* Fed. R. Civ. P. 78; Local Rule 7-15.  The Order will stand submitted upon the filing of the response to the Order to Show Cause.  Failure to respond to the Order to Show Cause by **January 30, 2024,** will result in the dismissal of this action.

IT IS SO ORDERED.